■ In the Matter of the Estate of ELSIE SCHOTTENFELS, Deceased. HANS J. BAUM, Appellant; PUBLIC ADMINISTRATOR OF NEW YORK COUNTY et al., Respondents.— Decree, Surrogate's Court, New York County, entered on January 15, 1971, so far as appealed from, unanimously affirmed on the opinion of Surrogate Di Falco, without costs and without disbursements. No opinion. Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Eager, JJ. [64 Misc 2d 219.]